AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 6 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. MO:12-MJ-453 |
| Miguel Angel Compean | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2012__ in the county of __Ector__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924 (a)(1)(A) | Knowingly providing false information to a Federal Firearms Licensee (FFL) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Richard W. Drebenstedt, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/6/12

_____
Judge's signature

City and state: Midland, Texas

David Counts, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Richard W. Drebenstedt, being duly sworn, depose and state the following:

1. I have been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since September 2007. Prior to working with FBI, I was employed as a Colorado State Trooper from July 1999 to September 2007. I have successfully completed the FBI Academy and was commissioned as a FBI Agent.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of obtaining a criminal complaint and does not contain all details or all facts of which I am aware relating to this investigation.

3. According to Title 27, Code of Federal Regulations, Chapter II, Part 478, Federal Firearm Licensees (FFLs) are required to maintain true and accurate records relating to the acquisition and disposition of firearms in the form of acquisition and disposition logs, ATF Form 4473, and other means directly related to the inventory and sale of firearms.

4. On September 11, 2012, one (1) Romarm/Cugir, Model WASR 10, 7.62 x 39 caliber semi-automatic rifle, bearing serial number 1968AP1847 was purchased from Big Tex Pawn Shop (FFL Number 5-75-135-02-4M-06847), located at 2323 N. County Road West, Odessa, Texas. The ATF Form 4473 filled out during the purchase of the firearm showed an individual by the name of Jorge Andres MEJIA purchased the firearm. MEJIA'S date of birth and social security number were also provided on the ATF Form 4473. The address listed on the ATF Form 4473 was 1110 N. Church Street, McKinney, Texas.

5. On September 11, 2012, one (1) Century Arms, Model AKMS, 7.62 x 39 caliber semi-automatic rifle, bearing serial number KMS11229 was purchased from Permian Pawn Shop (FFL Number 5-75-19803), located at 1229 E. 8th Street, Odessa, Texas. The ATF Form 4473 filled out during the purchase of the firearm showed an individual by the name of Jorge Andres MEIJA purchased the firearm. MEJIA'S date of birth and social security number were also provided on the ATF Form 4473. The address listed on the ATF Form 4473 was 1110 N. Church Street, McKinney, Texas.

6. On December 5, 2012, ATF SA Joshua Johnson and SA Kenneth Benton interviewed Miguel Angel COMPEAN. COMPEAN stated he purchased approximately five (5) to eight (8) firearms using MEJIA'S name and identification. COMPEAN stated he stole MEJIA'S identification and used MEJIA'S identification to purchase the firearms. COMPEAN acknowledged he made the above listed purchases at Big Tex Pawn and Permian Pawn Shop in Odessa, Texas. COMPEAN stated MEJIA did not have knowledge of the firearm purchases made by COMPEAN. COMPEAN said he used

MEJIA'S identification because he could not legally purchase firearms in the United States.

Richard W. Drebenstedt
Special Agent, FBI